

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00135-CV

Patrick **MINOR**,
Appellant

v.

Lee Woo **SUNG**, Jr.,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-21164
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:  Adrian A. Spears II, Justice
    H. Todd McCray, Justice
    Velia J. Meza, Justice

Delivered and Filed: April 15, 2026

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal the denial of his motion for default judgment. The clerk's record indicates the trial court denied the motion, but the clerk's record does not contain an order denying the motion. However, even if the clerk's record contained an order denying the motion, the denial of a motion for default judgment is an interlocutory order not subject to an immediate appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(1)–(18); *S. Pioneer Prop. & Cas. Ins. Co. v. Wilson*, No. 01-17-00444-CV, 2018 WL 3384558, at *3 (Tex. App.—Houston [1st Dist.] July

12, 2018, no pet.) ("The denial of a motion for default judgment . . . is appealable after a final judgment or order.").

We ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant did not file a response. Accordingly, this appeal is dismissed for lack of jurisdiction. *See Crain v. Murach*, No. 04-24-00591-CV, 2024 WL 4363747, at \*1 (Tex. App.—San Antonio Oct. 2, 2024, no pet.) (dismissing for lack of jurisdiction interlocutory appeal from order denying motion for default judgment).

PER CURIAM